Real Estate-Land Title, etc., Co. et al., Appellants,
*v.* Philadelphia Record Co.

Argued December 5, 1930. Before FRAZER, C. J.,
WALLING, SIMPSON, KEPHART, SADLER, SCHAFFER and
MAXEY, JJ.

372

*William N. Trinkle,* of *Bell, Trinkle, Truscott & Bell,* for appellant.

*J. J. Rothschild,* of *Fox, Rothschild, O'Brien & Frankel,* for appellee.

PER CURIAM, January 5, 1931:
The opinion of the learned trial judge of the lower court states so concisely and correctly the questions in-

volved in this appeal, and the legal conclusion applicable, that nothing further need be said by us; on his opinion.

The judgment is affirmed.